**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 16-cr-00009-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAMES MWANIKI,

      Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

     Pursuant to the Notice of Disposition filed on February 2, 2016 (Docket No. 18).  A

Change of Plea Hearing is set for **February 10, 2016** at **1:00 p.m.**  Counsel for the parties shall

email a courtesy copy of all change of plea documents separately to my chambers:

([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours

before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing,

counsel shall bring with them an original and one copy of the plea agreement and the statement

in advance.  *See* D.C.COLO.LCrR 11.1F.

     The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which

includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement

in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **March 18, 2016**, and

the **four-day** jury trial scheduled for **March 28, 2016** are VACATED.

DATED this 4th day of February, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge