**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks<br>Court Reporter: Tammy Hoffschildt<br>Probation Officer: n/a | Date: April 29, 2016<br>Interpreter: n/a |

**CASE NO. 16-cr-00009-RM**

Parties                                                                                  Counsel

**UNITED STATES OF AMERICA,**                                        J. Chris Larson

      Plaintiff,

v.

**1.  JAMES MWANIKI**,                                                          Michael S. Axt

      Defendant.

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**     3:01 p.m.

Appearances of counsel.  Defendant is present and on bond.

Defendant entered his plea on February 10, 2016, to Count 1 of the Indictment.  The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant'S Motion for Non-Guideline Sentence [Docket No. 35], is **GRANTED**.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant,James Mwaniki, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **6** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate level facility nearest to Harrisburg, PA.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:  Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm, ammunition, or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:  Special Conditions** of Supervised Release that:

- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**)  If the defendant has an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States

                Attorney's Office to assist in the collection of the obligation.
- (**X**) The defendant shall document all income and compensation generated or received from any source and shall provide such information to the probation officer as requested.
- (**X**) All employment for the defendant shall be approved in advance by the supervising probation officer.
- (**X**) Defendant shall be placed on home detention for a period of **2** months, to commence within **21** days of release from imprisonment.  During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant shall make **restitution** as follows:

        **$67, 000.00**   to   **Envision Healthcare**
                              **6200 S. Syracuse Way, Suite 200**
                              **Greenwood Village, CO 80111**

It is recommended that restitution be ordered jointly and severally with the following defendant:

| Name | Case Number | Amount |
|---|---|---|
| John Magombo | 15CR00385-1 | $67,000.00 |

**ORDERED:**  Defendant shall make **restitution** as follows:

        **$705.00**   to   **Mueni Muli**

**ORDERED:**  Defendant may surrender voluntarily as follows: Report to the designated institution as designated by the Bureau of Prisons.

Defendant advised of right to appeal.

**ORDERED:**  Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED**:  Bond is continued.

**Court in recess:**     **4:17 p.m.**
Hearing concluded.
Total time: **1.17**